

**Littler Mendelson, PC**
290 Broadhollow Road
Suite 305
Melville, NY  11747

William H. Ng
631.247.4707 direct
631.247.4700 main
631.918.7068 fax
wng@littler.com

**VIA ECF**

The Honorable Sarah Netburn
United States District Court
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square, Room 430
New York, NY 10007

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 07/19/2017

Re:   Iturbide v. Cho Familia Dynastia, Inc. d/b/a Flor de Mayo, et al.
      Docket No. 17-CV-00596 (VEC)

Dear Magistrate Judge Netburn:

This firm represents Defendants in the above-referenced action.  We write, jointly with counsel for Plaintiff, to request a 30-day extension of time, from July 21, 2017 until August 21, 2017, for Plaintiff to file his motion for preliminary approval of the settlement.  This is the parties' first request for the relief set forth herein.

To date, the parties have been diligently working to finalize the settlement papers and have exchanged proposed revisions to the settlement agreement.  In addition, one of the individually named defendants is currently away and unable to sign the settlement agreement this week.  The extension of time will provide the parties additional time to finalize the settlement papers and related motion papers.  This extension does not affect any other deadlines in this case.

Thank you for your consideration of our request.

Respectfully submitted,

Littler Mendelson, P.C.

/s/ William H. Ng

---

The parties' application for an extension for plaintiff to file his motion for preliminary approval of the settlement to August 21, 2017, is GRANTED.
**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

July 19, 2017
New York, New York