IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDGAR ITURBIDE, on behalf of himself and others similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>CHO FAMILY DYNASTIA, INC. d/b/a FLOR DE MAYO, FLOR DE MAR, INC., d/b/a FLOR DE MAYO, MARVIN CHU, DENNIS CHU and NELSON CHO,<br><br>  Defendants. | Case No.: CV-17-0596<br><br>Netburn, M.J.<br><br>**NOTICE OF PLAINTIFF'S UNOPPOSED MOTION FOR CERTIFICATION OF THE SETTLEMENT CLASS, FINAL APPROVAL OF THE CLASS ACTION SETTLEMENT, AND APPROVAL OF THE FLSA SETTLEMENT** |

For the reasons set forth in (i) the Memorandum of Law in Support of Plaintiff's Unopposed Motion for Certification of the Settlement Class, Final Approval of the Class Action Settlement, and Approval of the FLSA Settlement ("Plaintiff's Motion for Final Approval") and (ii) the Declaration of C.K. Lee in Support of Plaintiff's Unopposed Motion for Certification of the Settlement Class, Final Approval of the Class Action Settlement, and Approval of the FLSA Settlement, and the exhibits attached thereto, Plaintiff respectfully requests that the Court enter the proposed Order, attached hereto as **EXHIBIT A**.

Dated: January 5, 2018

        Respectfully submitted,

        LEE LITIGATION GROUP, PLLC

        By: /s/ C.K. Lee
        C.K. Lee (CL 4086)
        30 East 39th Street, Second Floor
        New York, NY 10016
        Tel.: 212-465-1188
        Fax: 212-465-1181
        ***Attorneys for Plaintiff, FLSA Collective Plaintiffs and the Class***