USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______
DATE FILED: 1/9/2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**---------------------------------------------------------------X**

**EDGAR ITURBIDE, on behalf of himself and others similarly situated,**

**Plaintiff,**

**-against-**

**CHO FAMILIA DYNASTIA, INC., et al.,**

**Defendants.**

**---------------------------------------------------------------X**

**17-CV-00596 (SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

A status conference is scheduled for Tuesday, January 21, 2020, at 10:30 a.m. in Courtroom 219 of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York. The purpose of this conference is to schedule an appropriate case management plan to apply to the Intervenor's complaint and to discuss the status of the parties' settlement efforts. If this date is unavailable for any party, they must contact Courtroom Deputy Rachel Slusher immediately at (212) 805-0286.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED: January 9, 2020 New York, New York