Case 1:17-cv-00596-SN   Document 120   Filed 09/02/20   Page 1 of 1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/2/2020

**littler**

Littler Mendelson, P.C.
900 Third Avenue
New York, NY  10022.3298

Paul R. Piccigallo
212.497.6842 direct
212.583.9600 main
631.794.2671 fax
ppiccigallo@littler.com

August 28, 2020

**VIA ECF**

The Honorable Sarah Netburn
United States District Court
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square, Room 430
New York, NY 10007

 **Re:** **Iturbide, et al. v. Cho Familia Dynastia, Inc. d/b/a Flor De Mayo, et al.**
  **S.D.N.Y. Civil Docket No. 17-CV-00596 (SN)**

Dear Magistrate Judge Netburn:

As the Court is aware, this firm represents Defendants in the above-referenced matter.  We write, jointly with counsel for Plaintiffs, to inform the Court that the parties have reached an agreement in principle to settle the claims asserted by Plaintiffs in this action.  The parties are in the process of preparing a settlement agreement and fairness papers, in accordance with *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), and anticipate submitting these documents to the Court for judicial review within the next 30 days.  As such, the parties respectfully request that all current deadlines be adjourned *sine die*.

Respectfully submitted,

**/s/ Paul R. Piccigallo**

Paul R. Piccigallo

cc: All counsel of record (via ECF)

---

All deadlines are stayed *sine die* to facilitate settlement. By September 30, 2020, the parties shall file either a settlement agreement and motion for FLSA settlement approval or a joint letter updating the Court on the status of settlement.
**SO ORDERED**

_____
SARAH NETBURN
United States Magistrate Judge

Dated: September 2, 2020
    New York, New York