UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

EDGAR ITURBIDE, et al.,

                              Plaintiffs,                          17-CV-00596 (SN)

             -against-                                            ORDER

CHO FAMILIA DYNASTIA, et al.,

                              Defendants.

----------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/25/2020
```

SARAH NETBURN, United States Magistrate Judge:

        In this Fair Labor Standards Act case, the parties agreed to the terms of a settlement

in principle and on November 13, 2020, submitted a proposed settlement for the Court's

review pursuant to Cheeks v. Freeport Pancake House, 796 F.3d 199 (2d Cir. 2015). ECF

No. 125. Having reviewed the proposed settlement, the Court determines that it is fair and

reasonable. The settlement is APPROVED, and this action is DISMISSED with prejudice.

SO ORDERED.

                                        _____
                                        SARAH NETBURN
                                        United States Magistrate Judge

DATED:       November 25, 2020
             New York, New York